IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MISTY ELIZABETH WHITE,
as Ancillary Administrator of the
Estate of ROBERT EMERY WHITE, JR.,
Deceased                                                                                              PLAINTIFF


v.                                       Case No. 6:20-cv-6089


CORPORAL ABDEL K. KARIMOU,
Individually and in his Capacity as a
Correctional Officer for the Arkansas
Department of Corrections, et al.                                                              DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 37). Plaintiff responded. (ECF No. 44). Defendants have not replied and their time to do so has passed. *See* Local Rule 7.2(b). The matter is ripe for consideration.

For the reasons stated in the Court's memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 37) should be and hereby is **GRANTED**. Plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**. Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**. All claims have been dismissed, so the Clerk of Court is directed to close this case.

**IT IS SO ORDERED**, this 29th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge